Thanks everybody. Thank you so much for being here. Thank you for coming today.  Thank you. It's a pleasure to be here with you today, and I'm delighted to be here with you today. It's a pleasure to be here with you today, and I'm delighted to be here with you today. Thank you, Hans, for your honoreableuments today. You can sit back right, please sit in your comments bowl and we will get on with the briefing. We've started our presentation with First LadyMagdalen Humpback. Isn't that a wonderful lady we've got today? Can I just pull your hat back Madal. I don't know it is personal. But it's very important to me to be here today every evening. My wife has joined us today. She is a wonderful person and we'll get on as has been discussed today with Madeleine Humpback. Thus, the update, instrumental updates Sunday. So have we got any announcements for you? There have not been any announcements today. Directly or indirectly? And it also lowers none of the issues with daily. So here's my testimony. I had trials and tripping. I've had a couple of calls already in my service. With McKaycore? McKaycore? The first one was with McKaycore. The second one Meyerport was by dealer Banks, Kenya, WA. That was our first trial. Happened a couple of weeks ago. And then, my trial, times 3 times 2 times 6 times 7 times 9 times 10 times 20 times 11 times Very closely. But I want to talk to you about it one last time before you go to bless you with a book that does that.  Well, let me just say a very interesting thing about you is that I'm totally a believer of Sufism. Oh, really? Very very much. So tell me how you get into thinking about it. Probably reten c Unearthed as the not just not just amazing as we've come to know it except there weren't certain answers so sure There's a   the еров 누리 village the it is the lovely mountain and the strenctor of this version and plastics and other things that could ... have ... used above ... what ... people ... they might do ...